

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| WILLIAM DAVID ABRAHAM, | § | No. 08-13-00200-CR |
| Appellant | § | Appeal from the |
| V. | § | 384th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20110D03483) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the Appellant's motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed, in accordance with this Court's opinion. We therefore dismiss the appeal. It is further ordered that the mandate issue this day. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 18TH DAY OF FEBRUARY, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
Hughes, J. (Not Participating)